# NIRENBERG & VARANO, LLP
### ATTORNEYS AT LAW

HOWARD M. NIRENBERG
SANDRA N. VARANO*

* MEMBER OF NJ & NY BARS

32 MERCER STREET
HACKENSACK, NJ 07601
201-996-1121
FAX – 201-996-9114
NIRENBERGVARANO@AOL.COM

August 2, 2023

*Electronically filed*
U.S. District Court
50 Walnut Street, Room MLK 2A
Newark, New Jersey 07102
Attn: Hon. Susan D. Wigenton, U.S.D.J.

    Re: Illiano v. Wayne Board of Education, *et al*
         Civil Action No.: 2:22-cv-00114-SDW-JBC
         Our File No.: 2826

Dear Judge Wigenton:

    This office represents the defendants Wayne Hills Baseball Booster Club, Pam O'Mealy, Melissa Casamassina and Catherine D'Agati who have presently pending a motion to partially dismiss the plaintiff's Second Amended Complaint. The plaintiff served his 41 page brief in opposition to that motion on the afternoon of July 31, 2023. Our reply is currently due on Monday, August 7. I am respectfully requesting a seven-day extension to August 14 to submit our reply brief as I will be going away for the weekend and will be taking Friday as well as part of Thursday off. All counsel have graciously consented to this request.

    Thank you for your kind consideration.

                                        Respectfully,

                                        Sandra N. Varano, Esq.

cc:   Honorable James B. Clark, III, U.S.M.J.
       Steven Farsiou, Esq. – *via ECFe*
       Dennis Schmeider, Esq. – *viaECF*

---

**SO ORDERED.**

*/s/ Susan D. Wigenton*

Hon. Susan D. Wigenton
United States District Judge
Dated: August 3, 2023